# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DERRICK JACOBS,** : | CIVIL ACTION NO. 1:07-CV-1712 |
| **Plaintiff** : | (Judge Conner) |
| v. : | |
| **DONALD L. KELCHNER**, <u>et</u> <u>al.</u>, : | |
| **Defendants** : | |

## **ORDER**

AND NOW, this 16th day of November, 2007, upon consideration of plaintiff's motion for appointment of counsel (Doc. 11), and it appearing at this early stage in the proceedings that plaintiff is capable of properly and forcefully prosecuting his claims and that resolution of the facial merit of plaintiff's claims neither implicates complex legal or factual issues nor requires factual investigation or the testimony of expert witnesses, <u>see</u> <u>Tabron v. Grace</u>, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that the motion (Doc. 11) is DENIED.  If further proceedings demonstrate the need for counsel, the matter will be reconsidered either *sua sponte* or upon motion of plaintiff.  <u>See</u> <u>id.</u>  It is further ORDERED that plaintiff shall comply with this court's prior order (Doc. 8) regarding the filing of an amended complaint on or before November 26, 2007.

    S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge